UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN JENT,<br><br>    Appellant,<br><br>    v.<br><br>NORTHERN TRUST COMPANY,<br><br>    Appellee, | No. 2:14-cv-01033 KJM<br><br><br><br>ORDER |
| In re: LARRY DEAN JENT,<br><br>    Debtor. | |

        On September 15, 2014, the Clerk of the Bankruptcy Court notified this court that the record on appeal was incomplete in that it did not include a designation of record, statement of issues, reporter's transcript or notice regarding the transcript. Notice, ECF No. 3.

        An appellant's failure to take the necessary steps to prosecute the appeal may be grounds for sanctions, up to and including dismissal of the appeal. *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988). As appellant has taken no steps to complete the record necessary to his appeal, he is directed to show cause within fourteen days of the date of this order why he should not be sanctioned in the amount of $500, or why the appeal should not be dismissed.

1

1       IT IS SO ORDERED.

2  DATED: October 2, 2014.

                                        _____
                                        UNITED STATES DISTRICT JUDGE